IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

GOVERNMENT EMPLOYEES
INSURANCE COMPANY,

    Plaintiff,

vs.

WILLIAMS PLUMBING AND DRAIN
SERVICES, INC., and THE ESTATE OF
JAMES RIPPER,

    Defendants.

Case No. 17-CV-579-JHP-FHM

## OPINION AND ORDER

The Unopposed Motion to Withdraw as Counsel of Record, [Dkt. 23], filed by counsel for the Estate of James Ripper, Truskett Law Firm, PLLC, Samuel T. Perrine and John P. Truskett, is before the undersigned United States Magistrate Judge for decision. On September 7, 2018, a hearing before the undersigned was held on the matter.

The schedule in this case has been amended and the dates extended, [Dkt. 44], so withdrawal of counsel should not cause delay in the prosecution of this case or otherwise work a hardship on any party. The Motion to Withdraw as Counsel of Record, [Dkt. 23], filed by counsel for the Estate of James Ripper, Truskett Law Firm, PLLC, Samuel T. Perrine and John P. Truskett, is GRANTED.

Withdrawing counsel are HEREBY ORDERED to serve this order by mail on the Special Administrator for the Estate of James Ripper. The Estate is HEREBY ORDERED to cause new counsel to enter an appearance in this case. Failure of the Estate to defend this action may result in judgment being entered against the Estate.

SO ORDERED this 7th day of September, 2018.

FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE